UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAWN ZAJACZ,

          **Plaintiff,**

-vs-                                    Case No. 6:05-cv-348-Orl-28DAB

ELITE OPTIONS, INC., JACOB WOOD,
MICHAEL HERRING,

          **Defendants.**

___

# ORDER

This case is before the Court on Motion for Default Judgment Against Elite Options and Jacob Wood (Doc. No. 13) filed July 18, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed July 21, 2005 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion for Default Judgment Against Elite Options and Jacob Wood is **GRANTED in part**. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendants Elite Options and Jacob Wood in the amount of $978.50 in damages

and $1,963.50 in costs and attorney's fees.  Thereafter, the Clerk of Court shall close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of August, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party